UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,        :

                            Plaintiff,    :
                                           :            03-CR-532 (VSB)
             -against-                      :
                                           :            **ORDER**
THOMAS VICTORIA,                     :

                         Defendant.    :
                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant's motion to waive his court-ordered fine.  (Doc. 298.)  I have not received any response from the Government.  If the Government intends to respond, it should do so on or before May 6, 2022.

SO ORDERED.

Dated:  April 22, 2022
           New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge